United States District Court
Southern District of Texas
FILED

APR 17 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-23-30018-M (M-22-1956) |
| JOSE ANTONIO CRESPIN | | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about November 19, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

JOSE ANTONIO CRESPIN

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

MATTHEW PHELPS
ASSISTANT UNITED STATES ATTORNEY